

# Fourth Court of Appeals
## San Antonio, Texas

March 17, 2020

No. 04-20-00083-CV

**IN THE INTEREST OF R.O.G., JR, MINOR CHILD,**

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2018FLA000140-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

The clerk's record was originally due March 16, 2020, but was not filed. On March 16, 2020, the district clerk filed a notification of late record, stating that the clerk's record was not filed because appellant had failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant was not entitled to appeal without paying the fee.

We therefore **ORDER** that appellant provide written proof to this court that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee **by March 27, 2020.** If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of March, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court